```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-30009-MAP |
| | ) | |
| RONALD CHARLES, | ) | VIOLATIONS |
| Defendant. | ) | 18 U.S.C. §401 (3) |
| | ) | Contempt of Court |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE:    Title 18, United States Code, Section 401(3), Contempt of Court

On or about August 4, 2004, in Springfield, Massachusetts,

RONALD CHARLES

defendant herein, did willfully and knowingly disobey or disregard an order of the court that he not commit any offense in violation of federal, state or local law while on release in criminal case 03-30040-MAP as a condition of pre-trial release in that case by manufacturing, distributing and possessing with intent to manufacture and distribute cocaine base in the form of crack cocaine in contravention of the conditions of pre-trial release imposed by the court.

All in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Todd E. Newhouse
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on March 10, 2005.

_____
Deputy Clerk of Court
10:30 AM

2