

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*



2005 MAR 22 P 2: 24

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

March 22, 2005

DOCKETED

Bernard T. O'Connor, Jr., Esq.
1391 Main Street
Springfield, MA 01103

Re: <u>United States v. Ronald Charles</u>
    Criminal Nos. 05-30008-MAP; and 05-30009-MAP

Dear Attorney O'Connor:

In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the following information and materials:

A.  Discovery Pursuant to Fed.R.Crim.P. 16(a)(1)(A)-(D)

    1.  Statements of the Defendant

    The defendant did not make any oral statements in response to interrogation by a person the defendant knew was a government agent of which the government is aware. The government is unaware of any other written or recorded statements, made by the defendant.

    Enclosed is a copy of the Springfield Police Department report regarding the August 4, 2004 search of 86 Alden Street, Springfield and also a copy of the Order Setting Conditions of Release signed by the defendant regarding case Cr. No 03-30040-MAP.

    2.  Grand Jury Testimony

    The defendant did not testify before the grand jury.

    3.  Defendant's Prior Record

1



A copy of the defendant's criminal record of which the government is aware is enclosed.

    4.    Books, Papers, Documents, and Tangible Objects

The government will make available for inspection and/or copying all of the evidence in its possession, including items seized pursuant to search warrants, which it intends to use at trial at a mutually convenient time and place.

    5.    Reports of Examinations and Tests

Enclosed are two reports from the Massachusetts laboratory regarding analysis of the cocaine. The government expects to receive supplemental reports and will forward copies to you when received. There are no other scientific tests or experiments of which the government is aware. There are no reports of physical or mental examinations of the defendant of which the government is aware.

B.    Search Materials

    1.    Search Warrants

Enclosed is a copy of the search warrant, affidavit and return for 86 Alden Street, Springfield. The government is unaware of any other relevant search warrants.

    2.    Consent Searches

None.

    3.    Warrantless Searches

None.

C.    Electronic Surveillance

None.

D.    Consensual Interceptions

None.

E.    Unindicted Coconspirators

There is no conspiracy charged in the above referenced

indictments.

F.  Identifications

There were no identification procedures used in this case of which the government is aware.

G.  Exculpatory Evidence

1.  Within the time period designated in L.R. 116.1(C)(1):

    a.  The government is unaware of any evidence that would tend directly to negate the defendant's guilt concerning any count in the indictment.

    b.  The government is unaware of any evidence that would cast doubt on the admissibility of evidence that the government anticipates offering in its case-in-chief and that could be subject to a motion to suppress or exclude, which would, if allowed, be appealable under 18 U.S.C. §3731.

    c.  The government is unaware of any promises, rewards or inducements given to any witness the government anticipates calling in its case-in-chief.

    d.  The government is unaware of any criminal record of any witness it anticipates calling in its case-in-chief.

    e.  The government is unaware of any criminal cases pending against any witness the government anticipates calling in its case-in-chief.

    f.  There were no failures to identify the defendant by any percipient witness in this case.

The government requests reciprocal discovery of the defendant as required by L.R. 116.1(D) and F.R.Crim. P. 16(b). Pursuant to F.R.Crim.P. 12.1 the government requests notice of whether the defendant intends to rely upon an alibi defense; pursuant to F.R.Crim.P. 12.2 the government requests notice of whether the defendant intends to rely upon an insanity defense; and pursuant to F.R.Crim.P. 12.3 the government requests notice of whether the defendant intends to rely upon a defense of public authority.

Please feel free to call me at (413) 785-0235 if you have

3

any questions about the above information.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                  By:

                            TODD E. NEWHOUSE
                            Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);

4