

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

2005 MAY -3  P 5: 24

---

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

May 3, 2005

Bernard T. O'Connor, Jr., Esq.
1391 Main Street
Springfield, MA 01103

    Re:  <u>United States v. Ronald Charles</u>
         Criminal Nos. 05-30008-MAP; and 05-30009-MAP

Dear Attorney O'Connor:

    In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the following information and materials: enclosed please find two laboratory reports regarding the crack cocaine in this case which specify that the cocaine seized in this case was in the form of cocaine base.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                     By: _____
                                  TODD E. NEWHOUSE
                                  Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);