UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
                          )
        v.                )   Criminal No. 05-30009-MAP
                          )
                          )
RONALD CHARLES,           )
        Defendant         )

INTERIM SCHEDULING ORDER
May 6, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1. A final status conference will be held on June 23, 2005, at 10:30 a.m. in Courtroom III.

2. On or before the close of business, June 21, 1005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge