```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                                 ) Criminal Nos. 05-30008-MAP
                                 )               05-30009-MAP
                                 )
         v.                        )
                                 )
RONALD CHARLES, )
     Defendant. )

### NOTICE PURSUANT TO 18 U.S.C. § 3147

The United States of America, by and through its undersigned attorneys, hereby provides the defendant with Notice Pursuant to 18 U.S.C. § 3147 and U.S.S.G. 2J1.7 regarding a potential sentencing enhancement the defendant may face if he is convicted of committing a federal offense while on release on another federal offense.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                                TODD E. NEWHOUSE
                                Assistant United States Attorney

### CERTIFICATE OF SERVICE

Hampden, ss.                        Springfield, Massachusetts
                                September 20, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

                                TODD E. NEWHOUSE
                                Assistant U.S. Attorney